# NASON YEAGER GERSON
# WHITE & LIOCE, P.A.
### ATTORNEYS AT LAW

MELLON UNITED NATIONAL BANK TOWER
1645 PALM BEACH LAKES BOULEVARD
SUITE 1200
WEST PALM BEACH, FLORIDA 33401

BRETT J. HOROWITZ

Admitted in Florida, New York
and the District of Columbia

TELEPHONE (561) 686-3307 • FACSIMILE (561) 686-5442
**www.nasonyeager.com**

FILED by _____ D.C.

SEP 2 6 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DIRECT DIAL:
(561) 471-3531

E-MAIL ADDRESS:
bhorowitz@nasonyeager.com

September 23, 2005

**VIA FEDERAL EXPRESS**
Clerk of U.S. District Court
United States District Court
299 East Broward Boulevard,
Fort Lauderdale, Florida 33301

Re:   **Lasseter v. GMAC Mortgage Corp. dba ditech.com**
      **05-cv-60117-DIMITROULEAS**

Dear Clerk of the Court:

The case of *Lasseter* is pending before the Honorable William P. Dimitrouleas. The Parties appreciate the Court's patience in allowing Parties time to discuss settlement. We are pleased to report that the Parties have reached an amicable resolution of these matters, as well as all other pending related matters. Specifically, counsel for the Parties have negotiated economic terms for each of the 109 related matters pending nationwide, as well as a form of settlement agreement. Most important to this Court, the Parties have reached such a resolution in *Lasseter*. The economic terms and form of settlement agreement seem satisfactory to all Parties and, as such, the Parties are in the process of procuring signatures from the over 300 borrowers involved in the pending nationwide litigation. The date of settlement for all such pending litigation is September 8, 2005. The parties jointly submit this letter. Counsel for GMACM agreed to prepare it and submit it to the Court.

Given the Parties' agreement to resolve these matters and the time-consuming nature of finalizing a settlement for over 300 borrowers, the Parties hereby jointly request that the Court dismiss these matters with prejudice pursuant to the terms of the proposed Consent Order enclosed hereto with appropriate copies and self-addressed stamped envelopes. As set forth in



Clerk of U.S. District Court
United States District Court
September 23, 2005
Page 2

the enclosed Consent Order, the Parties agree to dismiss these matters with prejudice sixty (60) days from the date the Court enters the proposed Order, subject only to further action by the Court upon motion by either of the Parties. In the alternative, the Parties respectfully request an in-person or telephonic status conference with the Court to further address any concerns the Court may have regarding these matters' progress.

Respectfully,

NASON, YEAGER, GERSON, WHITE
& LIOCE, P.A.

Brett J. Horowitz

Enclosure

cc: Mary T. Szeluga via pdf
    Mark S. Melodia via pdf

H:\7542\17138\LClerk09-23-05BJH/sjj