UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANNA A. LASSETER,          CASE NO. 05-60117-CIV-DIMITROULEAS

    Plaintiff,

vs.

GMAC MORTGAGE CORPORATION,
d/b/a ditech.com,

    Defendant.
_____/

FILED by _____ D.C.
SEP 27 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Parties' Joint Letter, filed herein on September 23, 2005, received in Chambers on September 26, 2005. The Court construes this letter as a Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a). The Court has carefully considered the Stipulation and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

2. The Court shall retain jurisdiction over this matter for 60 days from the date of this Order.

2. The Clerk shall deny any pending motions as moot.

3. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Brett J. Horowitz. Esq.
Mary T. Szeluga, Esq.
Dennis R. O'Connor, Esq.